## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Clay H. Kaminsky**                  DATE :    6/22/26

DOCKET NUMBER:    **25CR114(FB)**                  LOG#:    2:08– 2:2 1

DEFENDANT'S NAME :    **Dario Javier Penafiel Nieto**
    ✓ Present        _____ Not Present        ✓ Custody        _____ Bail

DEFENSE COUNSEL:        **Arthur Ken Womble**
    _____ Federal Defender        ✓ CJA        _____ Retained

A.U.S.A:    **Chand Edwards-Balfour**                  CLERK:    **Felix Chin**

INTERPRETER:    Mario Michelena        (Language)    Spanish

Defendant arraigned on the: ___ indictment ✓ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held.    ✓    Defendant's first appearance.

    _____ Bond set at _____. Defendant ___ released ___ held pending
        satisfaction of bond conditions.
    _____ Defendant advised of bond conditions set by the Court and signed the bond.

    _____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

    _____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.    Start 6/22/26 Stop 9/17/26

✓ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 9/17/26 @ 11:30 before Judge Block

Other Rulings: _____

_____

_____

_____

_____